# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130295(58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                  SC: 130295
                                  COA: 256475
                                  Genesee CC: 03-012650-FH

ALPHONZO LEON WRIGHT,
          Defendant-Appellee.
_____/

      On order of the Court, the motion by plaintiff-appellant for leave to file a supplemental argument is considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

s0306                                              Clerk